

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00320-CR

Jessie **NELSON**,
Appellant

v.

**STATE** of Texas,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 35546
Honorable Bob Brendel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 1, 2021.

_____
Lori I. Valenzuela, Justice